*Swain, T*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
DONALD SPALLONE,

                          Plaintiff,

          -against-

SMITHKLINE BEECHAM CORPORATION,
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

                          Defendants.
-------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
       #:
       OCT 1 2 2007
```

07-CV-7898 (LTS)

**STIPULATION AND ORDER**

          IT IS HEREBY STIPULATED AND AGREED between counsel for the parties

to the above-captioned action, Plaintiff Donald Spallone, and Defendant SmithKline Beecham

Corporation d/b/a GlaxoSmithKline ("GSK")(improperly named as SMITHKLINE BEECHAM

CORPORATION and GLAXOSMITHKLINE), that the time for Defendant GSK to move, plead

or otherwise respond to the Plaintiff's Complaint is hereby extended thirty (30) days from

October 16, 2007 to November 15, 2007.

Dated:  October 3, 2007

David Ratner
Victoria J. Maniatis (VM 6388)
MORELLI RATNER PC
950 Third Avenue
New York, NY 12550

Attorneys for Plaintiff Donald Spallone

Kenneth J. King (KK 3561)
PEPPER HAMILTON LLP
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405

and

Nina M. Gussack, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103

Attorneys for Defendant
SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

SO ORDERED.

United States District Judge

Dated: ___10|11|07___